**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**MONROE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIM. ACTION NO. 01-30044-01** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **ANTON ROBINSON** | **MAG. JUDGE KAREN L. HAYES** |

**ORDER**

For the reasons set forth in this Court's Ruling,

IT IS ORDERED that Defendant Anton Robinson's "NOTICE OF APPEAL PURSUANT TO FEDERAL RULES OF APPELLATE PROCEDURE RULE 4(a)(6)," construed in part as a motion to reopen the time for appeal [Doc. No. 407], is DENIED. Defendant's appeal is frivolous and untimely.

MONROE, LOUISIANA, this 13th day of July, 2012.

Robert G. James

**ROBERT G. JAMES**
**UNITED STATES DISTRICT JUDGE**