UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIM. ACTION NO. 01-30044-01 |
| VERSUS | JUDGE ROBERT G. JAMES |
| ANTON ROBINSON | MAG. JUDGE KAREN L. HAYES |

**MEMORANDUM ORDER**

On this date, the Court has issued a Ruling and Order denying Defendant Anton Robinson ("Robinson")'s motion to reopen the time for appeal, contained in his "NOTICE OF APPEAL PURSUANT TO FEDERAL RULES OF APPELLATE PROCEDURE RULE 4(a)(6)" [Doc. No. 407]. The Court has concluded that there is no basis for reopening the time for Robinson to appeal the Court's April 21, 2010 Memorandum Order [Doc. No. 371] denying his Motion for Relief from Judgment [Doc. No. 368]. The Court further concluded that the appeal is both frivolous and untimely. Out of an abundance of caution, to the extent that Robinson's Motion for Relief from Judgment could be construed a Petition for Writ of *Habeas Corpus*, pursuant to 28 U.S.C. § 2255,

IT IS ORDERED that a certificate of appealability is DENIED because the applicant has failed to make a substantial showing of the denial of a constitutional right.

MONROE, LOUISIANA, this 13th day of July, 2012.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE